```
___ FILED ___ LODGED
___ RECEIVED
JUL 29 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY
```

Received From SEATTLE
JUL 28 2016

District Judge Robert J. Bryan
___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED
JUL 27 2016  ST
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNDER SEAL,

          Plaintiff,

v.

UNDER SEAL,

          Defendants.

CASE NO. 15-CV-5836-RJB

**FILED UNDER SEAL**

[PROPOSED] ORDER - 1
(CASE NO. 15-CV-5836-RJB)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINA A. SAYERS, QUI TAM PLAINTIFF for and on behalf of the United States of America and for and on behalf of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT RAINER HEALTH CLINIC, PLLC, et al,<br><br>Defendants. | CASE NO. C15-5836-RJB<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the and the State of Washington (collectively, the "Governmental Entities") have filed an ex *parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a six month extension of time, from July 29, 2016 to January 29, 2017 in which to notify the Court whether they intend to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); RCW 74.66.050(3). The Court finds that the ex *parte* Application establishes good cause.

[PROPOSED] ORDER - 1
CASE NO. 15-CV-5836-RJB
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Accordingly, it is hereby ORDERED that the Governmental Entities shall have until
2   January 29, 2017 to notify the Court of their decision whether or not to intervene in this *qui*
3   *tam* action. The Clerk shall maintain the Complaint and other filings under seal for the
4   duration of the Governmental Entities' investigation.

DATED this 29 day of July, 2016.

ROBERT J. BRYAN
United States District Judge

Presented by:

DAVID R. EAST, WSBA #31481
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: david.east@usdoj.gov

/s/ Carrie L. Bashaw
CARRIE L. BASHAW, WSBA #20253
Assistant Attorney General
Washington Office of the Attorney General
P.O. Box 40114
Olympia, WA  98504
Phone:  360-586-8888
E-Mail: carrieb@atg.wa.gov

[PROPOSED] ORDER - 2
CASE NO. 15-CV-5836-RJB
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970